# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| vs. | ) | |
| Bruce E. Johnson; et. al., | ) | Case No. 1:18-cv-040 |
| Defendants. | ) | |

The court shall conduct a telephone conference with the parties on December 19, 2018, at 10:00 a.m. CST to discuss the status of this case and to perhaps set deadlines and set this matter for trial. The court shall initiate the conference call. The parties need not submit anything prior to the conference call.

**IT IS SO ORDERED.**

Dated this 13th day of December, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court