# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:18-cv-040 |
| Bruce E. Johnson, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On October 23, 2019, the United States contacted the court to alert it of a discovery issue and to request a status conference to discuss it in accordance with D.N.D. Civ. L.R. 37.1. According to the United States, Defendants Bruce and Elizabeth Johnson (hereinafter "the Johnsons") have been dilatory in responding to its discovery requests.

The court **GRANTS** the United States' request for a status conference. The court shall hold a status conference with the parties by telephone on November 6, 2019, at 10:00 a.m. CST. To participate in the conference, counsel for the United States and the Johnsons shall call the following telephone and enter the following access code:

Tel. No. (877) 810-9415

Access Code: 8992581

Failure to participate in the conference may result in the imposition of sanctions as the court deems appropriate. In anticipate of the status conference pretrial deadlines shall be amended as follows: the parties shall have until November 18, 2019, to complete fact discovery and file discovery motions.

1

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2019.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr., Magistrate Judge
                United States District Court