# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bruce E. Johnson, et al., | ) | Case No. 1:18-cv-040 |
| | ) | |
| Defendants. | ) | |

The could held a status conference by telephone on November 6, 2019, to address the United States' assertion that it has yet to receive Defendant Bruce and Elizabeth Johnson's responses to discovery requests dating back to July 2019. AUSA Julian T. A. Lee appeared on behalf the United States. The Johnsons appeared pro se.

Pursuant to its discussion with the parties, the court **ORDERS**:

1. The Johnsons shall have until December 13, 2019, to respond to all outstanding discovery requests. In other words, the Johnsons must mail their answers to interrogatories, responses to document requests, and responses to requests for admissions to the United States no later than December 13, 2019. The court reserves ruling on whether any answers to the Requests for Admissions are timely. Should the United States feel that Johnsons' responses to its discovery requests are deficient, it may after December 13, 2019, file a request for appropriate relief without another conference call with a Magistrate Judge.

2. The parties shall have until March 1, 2020, to complete fact discovery and to file any additional discovery motions.

1

3. The parties shall have until May 1, 2020, to file dispositive motions.

4. The trial set for May 12, 2020, shall be rescheduled for October 27, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A three (3) day trial is anticipated.

5. The final pretrial conference set for April 27, 2020, shall be rescheduled for October 13, 2020, at 10:00 a.m. by telephone before the undersigned. The court shall initiate the conference call.

Dated this 7th day of November, 2019.

>*/s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court