# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bruce E. Johnson, et al., | ) | Case No. 1:18-cv-040 |
| Defendant. | ) | |

On January 24, 2020, the United States filed a motion requesting, among other things, a sixty day extension of the discovery and case management deadlines. The court **GRANTS** the United States' request for an extension of time (Doc. No. 28) and extends the discovery deadline until May 1, 2020.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2020.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court